# United States District Court
## For The Western District of North Carolina
## Statesville Division

**FILED**
STATESVILLE, N.C.

MAY 2 4 2005

U.S. DISTRICT COURT
W. DIST. OF NC

BOBBY JOE REID, JR.,

        Plaintiff(s),

vs.

JOHN CROW, ET AL.,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV40-1-MU

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2005, Order.

FRANK G. JOHNS, CLERK

May 24, 2005

BY: _Carolyn B. Bouchard_

Carolyn Bouchard, Deputy Clerk